1002

[No. 35139-7-I.    Division One.    September 3, 1996.]

MICHAEL KAESTNER, *Appellant*, v. SNOHOMISH
COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-00982-6, Nancy Ann Holman, J., entered
August 4, 1994. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Webster, JJ.

[No. 35386-1-I.    Division One.    September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE J.
PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-01266-7, Maurice Epstein, Commissioner,
entered September 9, 1994. *Dismissed* by unpublished per
curiam opinion.

[No. 35389-6-I.    Division One.    September 3, 1996.]

*In the Matter of the Marriage of* KAYE SANDFORD
DINKELAKER, *Appellant*, and STEVEN E. DINKELAKER,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-3-01506-8, James D. McCutcheon, Jr., J.,
entered September 15, 1994. *Affirmed* by unpublished
opinion per Kennedy, A.C.J., concurred in by Becker and
Cox, JJ.

[No. 35789-1-I.    Division One.    September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
WILLIS ST. JACQUES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01460-5, Deborah Fleck, J., entered
November 21, 1994. *Dismissed* by unpublished per curiam
opinion.